# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO.  3:95cr3093LAC

CHARLES J. SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  July 30, 2007
Motion/Pleadings:  NUNC PRO TUNC MOTION TO CORRECT ERROR
Filed by  DEFENDANT PRO SE   on  July 17, 2007   Doc.# 154

RESPONSES:
BY GOVERNMENT   on October 23, 2007   Doc.# 155
  on   Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of November, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) A Title 28, U.S.C. §2255 motion by any other name is still a §2255 motion, as is this one. Defendant has previously filed an unsuccessful motion under §2255. A second or successive §2255 motion must be certified by the court of appeals. Defendant has not obtained authorization from the Eleventh Circuit Court of Appeals to file a successive motion; therefore, this motion is dismissed.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.