# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:95CR3093LAC

CHARLES SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on November 26, 2007

Motion/Pleadings: THE MOVANT IS MAKING A CONSTITUTIONAL OBJECTION TO THE RECHARACTERING OF HIS MOTION AS A SECOND OR SUCCESSIVE IT VIOLATED THE MOVANT FIFTH AMENDMENT DUE PROCESS RIGHTS NUNC PRO TUNC

Filed by DEFENDANT PRO SE  on 11/15/2007  Doc.# 160

RESPONSES:

                                            on _____  Doc.# _____
                                            on _____  Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of November, 2007, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                                 *s/L.A. Collier*
                                                 **LACEY A. COLLIER**
                                             *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.