# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS           CASE NO. 3:95CR3093LAC

CHARLES J. SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on December 13, 2007

Motion/Pleadings: MOTION FOR RECONSIDERATION OF A NUNC PRO TUNC MOTION TO CORRECT AN ERROR (Doc #154)

Filed by DEFENDANT PRO SE on 12/3/2007 Doc.# 162

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)     Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 17th day of December, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc 156.*

                         s/*L.A. Collier*
                         **LACEY A. COLLIER**
                         *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.