# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:95CR3093/LAC

CHARLES J. SPIGNER

## REFERRAL AND ORDER

Referred to Senior Judge Collier on    December 10, 2007
Type of Motion/Pleading: <u>MOTION FOR CERTIFICATE OF APPEALABILITY</u>
Filed by: <u>DEFENDANT</u>    on 12/10/07    Document 165

( )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                             */s/ Elizabeth Cooley*
                                            Deputy Clerk: Elizabeth Cooley

## ORDER

Upon consideration of the foregoing, it is ORDERED this 17th day of December, 2007, that:

(a)    The requested relief is **DENIED.**

(b)    To the extent a certificate of appealability would be required in the appeal of the denial of a motion for correction nunc pro tunc, the defendant has not made a substantial showing of a denial of a constitutional right.

                                            s/*L.A. Collier*
                                            LACEY A. COLLIER
                                            SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

                                Document No.