**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:95CR3093/LAC/MD

CHARLES J. SPIGNER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    January 2, 2008
Motion/Pleadings: MOTION FOR RECONSIDERATION (Docs 156 and 167)
Filed by Defendant Pro Se    on    Doc.# 173
RESPONSES:

                                        on    Doc.#
                                        on    Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of January, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) See docs. 166 & 167.*

                                        *s/L.A. Collier*
                                        *Lacey A. Collier*
                              *Senior United States District Judge*