# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:95CR3093/LAC/MD

CHARLES J. SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    January 2, 2008

Motion/Pleadings: MOTION FOR CERTIFICATE OF APPEALABILITY

Filed by Defendant Pro Se     on     Doc.# 174

RESPONSES:

                on     Doc.#

                on     Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 7th day of January, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) See order (doc 167) denying certificate of appealability.*

*s/L.A. Collier*
**Lacey A. Collier**
*Senior United States District Judge*