# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3: 95cr3093 LAC

CHARLES SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  MARCH 14, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE  on 3/14/08  Doc.# 187

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 14th day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable for a minimum of 10 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

s/L.A. Collier

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.