## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:95cr3093 LAC

CHARLES SPIGNER

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 13, 2008

Motion/Pleadings: MOTION FOR RECONSIDERATION ON THE DENIAL OF MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 USC § 3582(c)(2)

Filed by  DEFENDANT PRO SE   on 5/9/08   Doc.# 194

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 14th day of May, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) _____*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.