UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:95cr3093LAC

CHARLES SPIGNER, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on <u>December 22, 2008</u>
Motion/Pleadings: <u>Motion to Dismiss Defendant's Motion for Modification of Sentence</u>
Filed by <u>Government</u>   on <u>12/22/08</u>   Doc.# <u>215</u>
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 9th day of January, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.