**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:95cr03093-01/LAC

CHARLES J. SPIGNER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    May 19, 2009
Motion/Pleadings: MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. §3582(c)(2) AND AMENDMENT 706 AND 711 THAT ARE RETROACTIVE OF CRACK COCAINE UNDER U.S.S.G.
Filed by DEFENDANT     on   4/27/2009    Doc.#   243

RESPONSES:
 NONE                               on            Doc.#
                                       on            Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)                   Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc 189.*

                                               *s/L.A. Collier*
                                               ***LACEY A. COLLIER***
                                         *Senior United States District Judge*