**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                     CASE NO.  3:95cr3093 LAC

CHARLES J. SPIGNER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   June 25, 2009
Motion/Pleadings:  MOTION FOR RECONSIDERATION PURSUANT TO 18 U.S.C. 3582(c)(2)

Filed by  DEFT PRO SE          on   5/29/09        Doc.# 246

RESPONSES:

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of June, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) See Doc 189 and Doc 244.*

*s/L.A. Collier*

**LACEY A. COLLIER
Senior United States District Judge**

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.