# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:95cr3093 LAC

CHARLES SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 6, 2009

Motion/Pleadings:  MOTION TO AMEND/REOPEN THE ORIGINAL RELATED FILING/PLEADING UNDER RULE 15(A)/15(C)(2)/RULE 32(C)(1) OF THE PRESENTENCE INVESTIGATION REPORT

Filed by  DEFT PRO SE       on  10/13/09      Doc.#  265

RESPONSES:

                                 on             Doc.# 

                                 on             Doc.# 

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed    _____ Consented

                       WILLIAM M. McCOOL, CLERK OF COURT

                       *s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of November, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) This motion is denied as amended by Doc. 266. The Court loses jurisdiction to modify a sentence seven days after the sentence has been imposed.*

                       *s/L.A. Collier*

                       **LACEY A. COLLIER**
             **Senior United States District Judge**

```
Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

Document No.