# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

 VS                CASE NO. 3:95cr3093 LAC

CHARLES SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 11, 2009
Motion/Pleadings:   AMENDMENT TO MOTION TO AMEND PURSUANT TO RULE 15(A)/15(C)(2)
Filed by DEFT PRO SE    on 11/12/09    Doc.# 266

RESPONSES:

             on      Doc.#
             on      Doc.#

\_\_\_\_ Stipulated   \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed   \_\_\_\_ Consented

          WILLIAM M. McCOOL, CLERK OF COURT

          *s/Mary Maloy*
LC (1 OR 2)      Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of November, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

             *s/L.A. Collier*
             ***LACEY A. COLLIER***
            *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.