# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO. 3:95cr03093-001/LAC

CHARLES SPIGNER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    May 25, 2010

Motion/Pleadings: MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)

Filed by DEFENDANT PRO SE    on 4/30/10    Doc.# 278

RESPONSES:

NONE                                  on            Doc.#

                                                   on            Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/ Jerry Marbut*

LC (1 OR 2)                            Deputy Clerk: Jerry Marbut

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Docs 189 and 244.*

                                                           *s/L.A. Collier*
                                                          ***LACEY A. COLLIER***
                                             *Senior United States District Judge*