IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                     3:95cr3093/LAC
                                                       3:10cv372/LAC/MD

CHARLES SPIGNER
_____

### ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation filed on October 18, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1)(B), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 288) is summarily DENIED as successive.

DONE AND ORDERED this 3rd day of November, 2010.

                                                s/ _L.A. Collier_
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**